TODD KIM
Assistant Attorney General
RICHARD S. GREENE IV, Senior Attorney (TN Bar # 024450)
JAMES R. MacAYEAL, Senior Counsel (D.C. Bar # 474664)
MADELINE GALLO, Trial Attorney (NY Bar # 4997771)
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611
Telephone:   (202) 307-3967
Facsimile:    (202) 514-2583
Richard.greene@usdoj.gov
Jamie.macayeal@usdoj.gov
Madeline.gallo@usdoj.gov

*Attorneys for Plaintiff United States of America*

MARK MAZDA (CA Bar # 181419)
Law Office of Mark Mazda
2601 Main St, Suite 1200
Irvine, CA 92614
Telephone: (949) 222-9182
Facsimile: (949) 222-9199
Email: mark@markmazda.com

*Attorney for Defendants Sophia Lawson Clark and Lopez to Lawson, Inc*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOPHIA LAWSON CLARK, et al.,<br>Defendants. | CASE NO.5:23−cv−01650−MRA-DTB<br><br>**NOTICE OF LODGING OF PROPOSED CONSENT DECREE AND REQUEST TO STAY PROCEEDINGS** |

1

*United States v. Sophia Clark, et al., Case No. 5:23−cv−01650−MRA-DTB*
NOTICE OF LODGING OF PROPOSED CONSENT DECREE AND NOTICE OF SETTLEMENT

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, the United States of America, by authority of the Attorney General of the United States and through the undersigned attorneys, acting at the request of the Administrator of the United States Environmental Protection Agency, is lodging a proposed Consent Decree in the above-captioned case, attached hereto, with the Court. The proposed Consent Decree has been signed by the parties.

Under the terms of the Consent Decree, the United States will publish notice in the Federal Register, accept public comment on the proposed Consent Decree for a period of thirty (30) days, and address public comments, if any are received. 28 C.F.R. § 50.7. Accordingly, the United States respectfully requests that the Court not take any action on the proposed Consent Decree at this time.

At the expiration of the public comment period and after the United States has reviewed and addressed any public comments that are received, the United States will either request that the Court enter the proposed Consent Decree or advise the Court that public comments have been received that warrant the United States' withdrawal from the Consent Decree.

Considering the above, and pursuant to Judge's Procedures 6, Notice of Settlement, the Plaintiff and Defendants are notifying the Court that a settlement has been reached. The Parties respectfully request the Court issue an order staying

2

*United States v. Sophia Clark, et al.*, Case No. 5:23−cv−01650−MRA-DTB
NOTICE OF LODGING OF PROPOSED CONSENT DECREE AND NOTICE OF SETTLEMENT

all proceedings pending further request from the United States to act on the

Consent Decree.

                                                Respectfully submitted,

                                                TODD KIM
                                                Assistant Attorney General
                                                Environment & Natural Resources Division
                                                U.S. Department of Justice

                                                */s/ Richard Greene*
                                                RICHARD S. GREENE IV (TN Bar # 024450)
                                                JAMES R. MacAYEAL (DC Bar # 474664)
                                                MADELINE GALLO (NY Bar # 4997771)
                                                Environmental Enforcement Section
                                                Environment and Natural Resources Division
                                                United States Department of Justice
                                                P.O. Box 7611
                                                Washington, D.C. 20044-7611

OF COUNSEL:
NATHANIEL BOESCH
United States Environmental Protection Agency
Region IX
75 Hawthorne Street
San Francisco, CA 94105

                                                *Attorneys for Plaintiff United States of America*

                                                */s/ Mark Mazda*
                                                MARK MAZDA
                                                LAW OFFICE OF MARK MAZDA
                                                2601 Main St, Suite 1200
                                                Irvine, CA 92614
                                                *Attorney for Defendants Sophia Lawson Clark and Lopez to Lawson, Inc.*

*United States v. Sophia Clark, et al., Case No. 5:23−cv−01650−MRA-DTB*
NOTICE OF LODGING OF PROPOSED CONSENT DECREE AND NOTICE OF SETTLEMENT

## ATTESTATION

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: January 16, 2025          */s/ Richard Greene*

4

*United States v. Sophia Clark, et al., Case No. 5:23−cv−01650−MRA-DTB*
NOTICE OF LODGING OF PROPOSED CONSENT DECREE AND REQUEST TO STAY PROCEEDINGS